DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 052P17 | Roy A. Cooper, III, in His Official Capacity as Governor of the State of North Carolina v. Philip E. Berger, in His Official Capacity as President *Pro Tempore* of the North Carolina Senate; and Timothy K. Moore, in His Official Capacity as Speaker of the North Carolina House of Representatives | 1. Plt's Motion for Temporary Stay (COAP17-101)<br><br>2. Plt's Petition for *Writ of Supersedeas*<br><br>3. Plt's Petition for *Writ of Certiorari* to Review Order of COA | 1. Allowed **02/13/2017**<br><br>2. Dismissed as moot<br><br>3. Dismissed as moot |
|---|---|---|---|
| 053P17 | State v. Billy Joe Edwards | Def's *Pro Se* Motion for Writ of Supervisory Control | Dismissed **03/03/2017** |
| 054P17 | State v. David Felton | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as moot<br><br>**Ervin, J., recused** |
| 056P17 | Dr. Robert Corwin as Trustee for the Beatrice Corwin Living Irrevocable Trust, on Behalf of a Class of Those Similarly Situated v. British American Tobacco, PLC; Reynolds American, Inc.; Susan M. Cameron; John P. Daly; Neil R. Withington; Luc Jobin; Sir Nicholas Scheele; Martin D. Feinstein; Ronald S. Rolfe; Richard E. Thornburgh; Holly K. Koeppel; Nana Mensah; Lionel L. Nowell, III; John J. Zillmer; and Thomas C. Wajnet | 1. Def's (British American Tobacco, PLC) Motion for Temporary Stay (COA15-1334)<br><br>2. Def's (British American Tobacco, PLC) Petition for *Writ of Supersedeas*<br><br>3. Def's (British American Tobacco, PLC) PDR Under N.C.G.S. § 7A-31<br><br>4. Gary A. Bornstein's Motion to be Admitted *Pro Hac Vice* | 1. Allowed **02/20/2017**<br><br>2.<br><br>3.<br><br>4. |